**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

STACI L. BROWNFIELD,

    Plaintiff,

-vs-                                            Case No. 3:16-cv-1433-J-34JRK

CITY OF LAKE CITY,

    Defendant.

_____

**O R D E R**

**THIS CAUSE** is before the Court on Defendant City of Lake City's Motion to Dismiss Count II of Plaintiff's Complaint (Dkt. No. 6; Motion) filed on December 9, 2016. Plaintiff filed her Amended Complaint (Dkt. No. 9) on December 29, 2016, which rendered moot the parties' previous pleadings. See Malowney v. Federal Collection Deposit Group, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting that "[a]n amended complaint supersedes a previously filed complaint"); Meterlogic, Inc. v. Copier Solutions, Inc., 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002) (noting that the plaintiff's filing of an amended complaint "rendered moot the parties' previous pleadings and the defendants' summary judgment and Daubert motions").

In light of the foregoing, it is hereby

**ORDERED:**

Defendant City of Lake City's Motion to Dismiss Count II of Plaintiff's Complaint (Dkt. No. 6) is **DENIED AS MOOT.**

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of January, 2017.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record