**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

STACI L. BROWNFIELD,

    Plaintiff,

-vs-                                        Case No. 3:16-cv-1433-J-34JRK

CITY OF LAKE CITY,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on Magistrate Judge James R. Klindt's Report and Recommendation (Doc. 52; Report), entered on August 9, 2018, recommending that Defendant City of Lake City's Motion to Tax Costs and Memorandum of Law in Support Thereof (Doc. 48) be granted in part and denied in part. See Report at 4. To date, no objections to the Report have been filed, and the time for doing so has passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED**:

1. Magistrate Judge James R. Klindt's Report and Recommendation (Doc. 52) is **ADOPTED** as the opinion of the Court.

2. Defendant City of Lake City's Motion to Tax Costs and Memorandum of Law in Support Thereof (Doc. 48) is **GRANTED in part and DENIED in part**.

3. The Motion is **GRANTED** to the extent that the Clerk of the Court is directed to adjust the Bill of Costs (Doc. 49) accordingly; tax the adjusted Bill of Costs; and enter judgment for Defendant and against Plaintiff in the amount of $2,553.63 for costs incurred in this matter, plus post-judgment interest accruing from March 14, 2018.

4. Otherwise, the Motion is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of August, 2018.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record